## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED, | ) ) ) ) ) | C.A. No. 25-814-MN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SABA ILAC SANAYII VE TICARET AS, | ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Basil Williams of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036, hereby withdraws his appearance as counsel for Plaintiff Takeda Pharmaceutical Company Limited. ("Takeda"). All other counsel of record on behalf of Takeda will remain in this case.

OF COUNSEL:

William F. Cavanaugh, Jr.
Zhiqiang Liu
Joyce L. Nadipuram
Tiffany Li
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*

Dated: May 21, 2026
12926667 / 24105.00005

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Takeda Pharmaceutical Company Limited*