**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED, | ) ) ) ) | |
| | ) | C.A. No. 25-814-MN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SABA ILAC SANAYII VE TICARET AS, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on May 28, 2026, upon the following attorneys of record as

indicated below:

PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF
REQUESTS FOR ADMISSION (NOS. 1-4)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Dominick T. Gattuso | Shashank Upadhye |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | Yixin Tang |
| 222 Delaware Avenue, Suite 900 | Brent Batzer |
| Wilmington, DE 19801 | Christopher M. Bruno |
| dgattuso@hegh.law | UPADHYE TANG LLP |
| | 109 Symonds Drive, #174 |
| | Hinsdale, IL 60522 |
| | shashank@ipfdalaw.com |
| | yixin@ipfdalaw.com |
| | brent@ipfdalaw.com |
| | chris@ipfdalaw.com |

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel:  (415) 947-2000

Natalie J. Morgan
Emily M. Shingle
WILSON SONSINI GOODRICH & ROSATI P.C.
2235 El Camino Real
San Diego, CA 92130
Tel:  (858) 350-2300

Nicholas Halkowski
WILSON SONSINI GOODRICH & ROSATI P.C.
1700 K Street NW
Fifth Floor
Washington, DC 20006
Tel:  (202) 973-8800

Mark A. Hayden
WILSON SONSINI GOODRICH & ROSATI P.C.
31 W. 52nd Street
Fifth Floor
New York, NY 10019
Tel:  (212) 999-5800

*Attorneys for Plaintiffs Azurity*
*Pharmaceuticals, Inc. and Arbor*
*Pharmaceuticals, LLC*

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiffs Azurity*
*Pharmaceuticals, Inc., Arbor*
*Pharmaceuticals, LLC, and Takeda*
*Pharmaceutical Company Limited*

2

William F. Cavanaugh, Jr.
Zhiqiang Liu
Basil Williams
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel:  (212) 336-2000

*Attorneys for Plaintiff Takeda Pharmaceutical
Company Limited*

Dated: May 28, 2026
12948411 / 24105.00005